


U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

February 5, 2008

**BY HAND**
Honorable Gerard E. Lynch
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/08

Re:   Layzer et al. v. Leavitt, 07 Civ. 11339 (GEL)

Dear Judge Lynch:

  I write respectfully on behalf of the defendant Michael O. Leavitt, Secretary of Health and Human Services ("Defendant" or the "Government") in the above-referenced case to request until March 20, 2008 to answer, move or otherwise respond to the complaint. Assuming that defendants were properly served, their response to the complaint is presently due on February 19, 2008.

  The Government respectfully requests this extension in order to afford additional time to obtain and review plaintiffs' administrative files. This is the Government's first request for an extension. Plaintiffs' counsel has graciously consented to this request.

  I thank the Court for its consideration of this request.

            Respectfully,

            MICHAEL J. GARCIA
            United States Attorney

         BY:  *[signature]*
            MARA E. TRAGER
            Assistant United States Attorney
            Tel. No.: (212) 637-2799
            Fax No.: (212) 637-2702

cc:  by fax and regular Mail

Jeremy C. Bates
125 Broad St., 32nd Floor
New York, NY 10004-2498
(212) 558-3588 fax

SO ORDERED
*[signature]*
GERARD E. LYNCH, U.S.D.J.
2/6/08

*[Handwritten annotations: "MEMO ENDORSED" stamp; "has" written in left margin; "RECEIVED FEB 5 2008 CHAMBERS OF GERARD E. LYNCH U.S.D.J." stamp]*

Robert M. Hayes
Medicare Rights Center
520 Eighth Ave.
North Wing, 3rd Floor
New York, NY 10018
(212) 869-3532 fax