

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 19, 2008

MEMO ENDORSED

RECEIVED
MAR 20 2008
CHAMBERS OF
GERARD E. LYNCH
U.S.D.J.

**BY HAND**
Honorable Gerard E. Lynch
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   <u>Layzer et al. v. Leavitt</u>, 07 Civ. 11339 (GEL)

Dear Judge Lynch:

    I write respectfully on behalf of the defendant in the above-referenced case, Michael O. Leavitt, Secretary of Health and Human Services ("Defendant" or the "Government"), to request that the deadline to answer, move or otherwise respond to the complaint be extended from March 20, 2008 until April 2, 2008.

\*

    The Government respectfully requests this extension as it has recently determined that substantial portions of the administrative record – which it intends to file with the answer – contain personal information which must be redacted before filing with the Court. It is estimated that the redactions on the 1200-page record may take up to two weeks. This is the Government's second request for an extension. The first request was for a 30-day extension to afford the Government additional time to compile and review the administrative record. Once again, Plaintiffs have graciously consented to the Government's request for an extension.

    I thank the Court for its consideration of this request.

                           Respectfully,

                           MICHAEL J. GARCIA
                           United States Attorney

               BY:     _____
                         MARA E. TRAGER
                         Assistant United States Attorney
                         Tel. No.: (212) 637-2799
                         Fax No.: (212) 637-2702

cc:    by fax:

Jeremy C. Bates
125 Broad St., 32nd Floor
New York, NY 10004-2498
(212) 558-3588 fax

SO ORDERED

_____
GERARD E. LYNCH, U.S.D.J.

3/25/08