32D FLOOR

125 BROAD STREET

NEW YORK, N.Y. 10004-2498

April 10, 2008

By Hand

The Honorable Gerard E. Lynch,
   United States District Judge,
      Daniel Patrick Moynihan United States Courthouse,
         500 Pearl Street, Room 910,
           New York, New York 10007.

         Re:    *Layzer et al.* v. *Leavitt* (No. 07 Civ. 11339 (GEL))

Dear Judge Lynch:

      On behalf of Plaintiffs Judith Layzer and Ray Fischer, I write respectfully to propose the agreed briefing schedule that I mentioned at yesterday's conference.

      The ~~proposed~~ schedule is this: Defendant's motion papers, along with the rulemaking record, shall be served on or before May 30, 2008; Plaintiffs' opposition (and any cross-motion) papers shall be served on or before June 30, 2008; Defendant's reply (and any opposition) papers shall be served on or before July 30, 2008; and Plaintiffs' cross-motion reply papers, if any, shall be served on or before August 21, 2008.   ✱

      Defendant has authorized me to say that, if this schedule suits the Court, the parties jointly request that the Court "so order" it. I thank the Court for its consideration of this request.

Respectfully submitted,

Jeremy C. Bates
Tel.: 212-558-4822
Fax: 212-558-3588

SO ORDERED

GERARD E. LYNCH, U.S.D.J.
4/18/08

cc:    Assistant United States Attorney Mara E. Trager (by facsimile to 212-637-2702)
       (United States Department of Justice)