32D FLOOR

125 BROAD STREET

NEW YORK, N.Y. 10004-2498

ELECTRONICALLY FILED

DOC #: _____

DATE FILED: 7/3/08

June 26, 2008

By Hand

The Honorable Gerard E. Lynch,
    United States District Judge,
        Daniel Patrick Moynihan United States Courthouse,
            500 Pearl Street, Room 910,
                New York, New York 10007.

            Re:    *Layzer et al.* v. *Leavitt* (No. 07 Civ. 11339 (GEL))

Dear Judge Lynch:

            On behalf of Plaintiffs Judith Layzer and Ray Fischer, I write respectfully
to request that the briefing schedule be adjusted.  The current schedule sets deadlines of
June 30, July 30, and August 21.

            Plaintiffs propose the following adjustment:  Plaintiffs' opposition (and
any cross-motion) papers shall be served on or before July 3, 2008; Defendant's reply     ✳
(and any opposition) papers shall be served on or before August 4, 2008; and Plaintiffs'
cross-motion reply papers, if any, shall be served on or before August 25, 2008.

            This is Plaintiffs' first request for an extension.  Defendant has graciously
consented to Plaintiffs' request.

            I thank the Court for its consideration of this request.

                                        Respectfully submitted,

                                        *[signature]*

✳SO ORDERED

*[signature]*

GERARD E. LYNCH, U.S.D.J.

7/3/08

                                        Jeremy C. Bates
                                        Tel.: 212-558-4822
                                        Fax: 212-558-3588

cc:    Assistant United States Attorney Mara E. Trager (by facsimile to 212-637-2702)
       (United States Department of Justice)