

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

August 1, 2008

**BY HAND**
Honorable Gerard E. Lynch
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007



    Re:    Layzer et al. v. Leavitt, 07 Civ. 11339 (GEL)

Dear Judge Lynch:

    I write respectfully on behalf of the defendant in the above-referenced case, Michael O. Leavitt, Secretary of Health and Human Services ("Defendant" or the "Government"), to request a two-day adjustment of the briefing schedule such that the Government's brief in opposition to plaintiffs' motion and in further support of the Government's motion will be due on August 6, and the plaintiffs' reply, if any, will be due on August 27.

    This is the Government's first request to reset the briefing schedule. Plaintiffs' counsel has graciously agreed to this request.

    I thank the Court for its consideration of this request.

    Respectfully,

    MICHAEL J. GARCIA
    United States Attorney

BY:    */s/ Mara E. Trager*
    MARA E. TRAGER
    Assistant United States Attorney
    Tel. No.: (212) 637-2799
    Fax No.: (212) 637-2702

cc:    by fax:
    Aryeh Zuber, Esq.
    (212) 558-3588 fax

**SO ORDERED**

*/s/ Gerard E. Lynch*
GERARD E. LYNCH, U.S.D.J.
8/6/08